STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CRAIG H. NAKAMURA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00087 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [42 U.S.C. § 9603(b)(3)] |
| FREDERICK BOTELHO, (01) ) SUNSET ROOFING CO., INC., (02) ) | |
| Defendants. ) | |

I N D I C T M E N T

The Grand Jury charges that:

Between on or about July 30, 1998 and on or about October 23, 1998, in the District of Hawaii, the Defendants, FREDERICK BOTELHO and SUNSET ROOFING CO., INC., who were persons in charge of a facility from which friable asbestos, a hazardous substance, in a quantity equal to or greater than one pound, was

released, and having knowledge of the release, did fail to notify immediately the appropriate agency of the United States of the release as soon as they had knowledge of the release.

All in violation of Title 42, United States Code, Section 9603(b)(3).

DATED: 3/2, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CRAIG H. NAKAMURA
Assistant U.S. Attorney